UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| CHANNELL COMMERCIAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREFORMED LINE PRODUCTS COMPANY, an Ohio corporation,<br><br>Defendant. | Case No. 5:13-CV-00002-TJH-SP<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |
| AND RELATED COUNTERCLAIMS. | |

Upon consideration of the Parties' Stipulated Protective Order dated July 30, 2013 ("Protective Order"), and finding good cause thereon, **IT IS HEREBY ORDERED** that the terms of the Protective Order shall govern the handling of disclosure of documents, things, and information produced in this action.

DATED: August 5, 2013          */s/*
                               The Honorable Sheri Pym
                               United States Magistrate Judge